**Christopher S. Marks**, OSB #022052
cmarks@williamskastner.com
**Rachel A. Robinson**, OSB #084550
rrobinson@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Defendant Walter Meier Holding Corporation

The Honorable Garr M. King

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TODD YANDELL,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**WALTER MEIER HOLDING AG,** a Swiss Corporation; **WMH TOOL GROUP, INC.,** a Tennessee Corporation; **WALTER MEIER (MANUFACTURING) INC.,** a Tennessee Corporation; **WALTER MEIER HOLDING CORPORATION,** a Delaware Corporation,<br><br>　　　　Defendants. | Case No. 3:11-CV-266-KI<br><br>DEFENDANT WALTER MEIER (MANUFACTURING), INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Fed. R. Civ. P. 7.1, defendant Walter Meier (Manufacturing), Inc., individually and improperly named as WMH Tool Group, Inc. ("Walter Meier"), provides the following information:

Page 1 -　DEFENDANT WALTER MEIER (MANUFACTURING), INC.'S CORPORATE DISCLOSURE STATEMENT

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

3107414.1

1. Walter Meier is a wholly-owned subsidiary of Walter Meier Holding AG, which is organized under the laws of Switzerland.

DATED this 9th day of March, 2011.

s/ Christopher S. Marks, OSB #022052
WILLIAMS, KASTNER & GIBBS PLLC
Telephone: (503) 228-7967
Attorneys for Defendants Walter Meier Holding Corporation

Page 2 - DEFENDANT WALTER MEIER (MANUFACTURING), INC.'S CORPORATE DISCLOSURE STATEMENT

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

3107414.1

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANT WALTER MEIER (MANUFACTURING), INC.'S CORPORATE DISCLOSURE STATEMENT** on the following attorneys by the method indicated below on the 9th day of March, 2011:

*Attorneys for Plaintiff:*

Raymond F. Thomas
James S. Coon
**SWANSON, THOMAS & COON**
820 SW Second Avenue, Suite 200
Portland, OR 97204

✓ Via First Class Mail
___ Via Federal Express
___ Via Facsimile
___ Via Hand-Delivery
___ Via E-Mail

*Pro Hac Vice Attorney for Plaintiff*

George F. Carpinello
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600

✓ Via First Class Mail
___ Via Federal Express
___ Via Facsimile
___ Via Hand-Delivery
___ Via E-Mail

*Pro Hac Vice Attorney for Plaintiff*

Richard J. Sullivan
**SULLIVAN & SULLIVAN LLP**
40 Washington Street
Wellesley, Massachusetts 02481

✓ Via First Class Mail
___ Via Federal Express
___ Via Facsimile
___ Via Hand-Delivery
___ Via E-Mail

*Pro Hac Vice Attorney for Plaintiff*

David M. Williams
**WILLIAMS & MAHONEY, LLC**
900 Cummings Center, Suite 306-T
Beverly, Massachusetts 01915

✓ Via First Class Mail
___ Via Federal Express
___ Via Facsimile
___ Via Hand-Delivery
___ Via E-Mail

s/ Christopher S. Marks, OSB #022052
WILLIAMS, KASTNER & GIBBS PLLC
Telephone: (503) 228-7967
Attorneys for Defendants Walter Meier Holding Corporation

---

Page 1 – **CERTIFICATE OF SERVICE**

3107807.2

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967 • Fax (503) 222-7261