**Christopher S. Marks**, OSB #022052
cmarks@williamskastner.com
**Rachel A. Robinson**, OSB #084550
rrobinson@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Defendant Walter Meier Holding Corporation

The Honorable Garr M. King

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TODD YANDELL,** | Case No. **3:11-CV-266-KI** |
| Plaintiff, | |
| v. | **DEFENDANT WALTER MEIER HOLDING CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |
| **WALTER MEIER HOLDING AG,** a Swiss Corporation; **WMH TOOL GROUP, INC.,** a Tennessee Corporation; **WALTER MEIER (MANUFACTURING) INC.,** a Tennessee Corporation; **WALTER MEIER HOLDING CORPORATION,** a Delaware Corporation, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 7.1, defendant Walter Meier Holding Corporation ("Walter Meier Holding") provides the following information:

Page 1 -    DEFENDANT WALTER MEIER
             HOLDING CORPORATION'S
             CORPORATE DISCLOSURE
             STATEMENT

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

1.    Walter Meier Holding is a wholly-owned subsidiary of Walter Meier Holding

AG, which is organized under the laws of Switzerland.

DATED this 9th day of March, 2011.

s/ Christopher S. Marks, OSB #022052
WILLIAMS, KASTNER & GIBBS PLLC
Telephone:  (503) 228-7967
Attorneys for Defendants Walter Meier Holding
Corporation

Page 2 -   DEFENDANT WALTER MEIER
           HOLDING CORPORATION'S
           CORPORATE DISCLOSURE
           STATEMENT

**Williams, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANT WALTER MEIER HOLDING CORPORATION'S CORPORATE DISCLOSURE STATEMENT** on the following attorneys by the method indicated below on the 9th day of March, 2011:

### *Attorneys for Plaintiff:*

Raymond F. Thomas
James S. Coon
**SWANSON, THOMAS & COON**
820 SW Second Avenue, Suite 200
Portland, OR 97204

   ✓   Via First Class Mail
_____ Via Federal Express
_____ Via Facsimile
_____ Via Hand-Delivery
_____ Via E-Mail

### *Pro Hac Vice Attorney for Plaintiff*

George F. Carpinello
10 North Pearl Street, 4th Floor
Albany, NY 12207
(518) 434-0600

   ✓   Via First Class Mail
_____ Via Federal Express
_____ Via Facsimile
_____ Via Hand-Delivery
_____ Via E-Mail

### *Pro Hac Vice Attorney for Plaintiff*

Richard J. Sullivan
**SULLIVAN & SULLIVAN LLP**
40 Washington Street
Wellesley, Massachusetts 02481

   ✓   Via First Class Mail
_____ Via Federal Express
_____ Via Facsimile
_____ Via Hand-Delivery
_____ Via E-Mail

### *Pro Hac Vice Attorney for Plaintiff*

David M. Williams
**WILLIAMS & MAHONEY, LLC**
900 Cummings Center, Suite 306-T
Beverly, Massachusetts 01915

   ✓   Via First Class Mail
_____ Via Federal Express
_____ Via Facsimile
_____ Via Hand-Delivery
_____ Via E-Mail

s/ Christopher S. Marks, OSB #022052
WILLIAMS, KASTNER & GIBBS PLLC
Telephone:  (503) 228-7967
Attorneys for Defendants Walter Meier Holding
Corporation

Page 1 –    **CERTIFICATE OF SERVICE**

3107807.1

**Williams, Kastner & Gibbs PLLC**
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967 • Fax (503) 222-7261