**Christopher S. Marks**, OSB #022052
cmarks@williamskastner.com
**Rachel A. Robinson**, OSB #084550
rrobinson@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Defendants Walter Meier Holding Corporation

The Honorable Garr M. King

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TODD YANDELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**WALTER MEIER HOLDING AG**, a Swiss Corporation; **WMH TOOL GROUP, INC.**, a Tennessee Corporation; **WALTER MEIER (MANUFACTURING) INC.**, a Tennessee Corporation; **WALTER MEIER HOLDING CORPORATION**, a Delaware Corporation,<br><br>　　　　Defendants. | Case No. 3:11-CV-266-KI<br><br>DEFENDANT WALTER MEIER HOLDING CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY IN SUPPORT OF AND HEARING ON RULE 12(b)(2) MOTION TO DISMISS |

Page 1 -  DEFENDANT WALTER MEIER HOLDING CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY IN SUPPORT OF AND HEARING ON RULE 12(b)(2) MOTION TO DISMISS

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

3128785.1

### LR 7-1 Certification

In accordance with LR 7-1, counsel for defendant Walter Meier Holding Corporation ("Walter Meier Holding") conferred in good faith with counsel for plaintiff concerning this motion on April 12, 2011. Plaintiff's counsel does not oppose the requested extension of time.

### Motion

Pursuant to Fed. R. Civ. P. 6(b), Walter Meier Holding requests an order (1) extending the deadline for its reply in support of the Rule 12(b)(2) motion to dismiss from April 13, 2011 to April 20, 2011, and (2) resetting the hearing on the motion for a mutually convenient date and time during the week of May 2, 2011. The hearing on the motion is currently scheduled for April 28, 2011 at 9:00 a.m.

This motion is made in good faith and is supported by the declaration of Rachel A. Robinson filed herewith.

DATED this 12th day of April, 2011.

s/ Rachel A. Robinson, OSB #084550
WILLIAMS, KASTNER & GIBBS PLLC
Telephone: (503) 228-7967
Attorneys for Defendants Walter Meier Holding Corporation

Page 2 -  DEFENDANT WALTER MEIER HOLDING CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY IN SUPPORT OF AND HEARING ON RULE 12(b)(2) MOTION TO DISMISS

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

3128785.1