**George S. Pitcher**, OSB #963982
gpitcher@williamskastner.com
**Rachel A. Robinson**, OSB #084550
rrobinson@williamskastner.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Phone: (503) 228-7967
Fax: (503) 222-7261
Attorneys for Defendants Walter Meier Holding Corporation and
Walter Meier (Manufacturing), Inc., individually and improperly
named as WMH Tool Group, Inc.

The Honorable Garr M. King

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TODD YANDELL,**<br><br>Plaintiff,<br><br>v.<br><br>**WALTER MEIER HOLDING AG,** a Swiss Corporation; **WMH TOOL GROUP, INC.,** a Tennessee Corporation; **WALTER MEIER (MANUFACTURING) INC.,** a Tennessee Corporation; **WALTER MEIER HOLDING CORPORATION,** a Delaware Corporation,<br><br>Defendants. | Case No. 3:11-CV-266-KI<br><br>ORDER OF DISMISSAL OF DEFENDANT WALTER MEIER HOLDING CORPORATION |

Page 1 -   ORDER OF DISMISSAL OF DEFENDANT
           WALTER MEIER HOLDING
           CORPORATION

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

3205310.1

Based on the stipulation that has been filed with the Court, it is hereby

ORDERED that this action is dismissed as to defendant Walter Meier Holding Corporation without prejudice and without attorney fees or costs to any party.

DATED this __19__ day of __Aug__, 2011.

_____
THE HONORABLE GARR M. KING

Page 2 -   ORDER OF DISMISSAL OF DEFENDANT
           WALTER MEIER HOLDING
           CORPORATION

Williams, Kastner & Gibbs PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204-2025
Telephone: (503) 228-7967• Fax (503) 222-7261

3205310.1